DATE: 10/25/2017        AT: 3:15 p.m.        TIME IN COURT: 4 min.

BEFORE: JUDGE JOSEPH F. BIANCO, U.S.D.J.:

CIVIL CAUSE FOR TELEPHONE PRE-MOTION CONFERENCE

DOCKET NUMBER: CV-16-1091

TITLE: Aristilde v. Suffolk County Police Department

APPEARANCES:

FOR PLAINTIFF: Clauncey Henry

FOR DEFENDANT: Megan O'Donnell

FTR: 3:15-3:34        COURTROOM DEPUTY: Michele Savona

| X | CASE CALLED. |
|---|---|
| X | COUNSEL FOR ALL SIDES PRESENT. |
|   | COUNSEL FOR _____ NOT PRESENT. |
| X | CONFERENCE HELD. |
|   | DISCOVERY TO BE COMPLETED BY _____ |
|   | PARTIES TO COMPLETE _____ BY THE NEXT CONFERENCE OR BY _____ |
|   | NEXT CONFERENCE SET FOR _____ |
|   | CASE TO BE REFERRED TO MAGISTRATE JUDGE _____ FOR _____ |
| X | MOTION TO BE FILED BY //2017; RESPONSE BY //2017; REPLY BY //2017. |
| X | ORAL ARGUMENT SET FOR //2017 at 2:00 p.m. |
|   | JURY SELECTION SET FOR _____ |
|   | JURY TRIAL SET FOR _____ |
| X | OTHER: Submit a letter to the court by within 2 weeks. : |