**HENRY|LAW** GROUP

Garden City Office
825 E. Gate Blvd., Suite 106
Garden City, New York 11530
Phone: (516) 366-4367
Fax: (516) 688-3955
hlawg.com

Chauncey D. Henry, Esq.
Direct Dial: (516) 874-3558

November 15, 2017

**VIA ECF**
Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> Re: *Vladimir Aristilde vs. Suffolk County Police Department*, Eastern District of New York (Central Islip), Civil Case No.:16-cv-1091, Our File No.:242-203: Status Update Regarding Discovery

Dear Honorable Joseph F. Bianco:

This office represents Vladimir Aristilde, Plaintiff in the above captioned matter, and submits this letter as a status report outlining the parties' ongoing efforts to conduct and complete discovery. On October 25, 2017, Your Honor directed that a letter be filed within two weeks updating the court of the parties progress, however Plaintiff now submits this letter following receipt of information provided by the Defendant for the first time earlier this week.

Following the telephonic conference before Your Honor on October 25, 2017, the parties engaged in a meaningful meet and confer which concluded with Plaintiff's promise to serve a more narrowly tailored set of supplemental demands for the production of documents, and Defendant to provide written responses and responsive documents[1] to those of Plaintiff's pointed demands which the parties were in agreeance.

Though Defendant has not yet provided written responses or responsive documents to Plaintiff's First Set of Document Requests[2], in light of Plaintiff's supplemental request for the

---

[1] Defendant contends that prior to producing records responsive to Plaintiff's demands it would first require a confidentiality agreement, however in lieu of providing a proposed agreement for Plaintiff's consideration it forwarded Judge Shield's confidentiality agreement without comment or direction.

[2] Defendant electronically forwarded emails for the first time on October 25 with attachments it contends contain documents responsive to Plaintiffs months old document requests (*e.g.* Plaintiffs incomplete personnel

production of documents served shortly after the October 25, 2017 conference, Defendant has promised to do so by December 13, 2017. Furthermore, Defendant has provided some information regarding certain third party witnesses Plaintiff seeks to depose, however has not yet provided address details necessary for service of subpoenas.[3]

Plaintiff anticipates serving his responses to Defendant's discovery demands by on or about December 15, 2017.

Accordingly, it is respectfully submitted that Your Honor extend the factual discovery deadline through and including January 31, 2018 to permit the parties sufficient time to complete all remaining discovery in this matter.

Respectfully Submitted,

/s/
Chauncey D. Henry, Esq.

CDH: cdh.
cc: All parties (*Via ECF*)

---

file, non-certified statistical data, etc.), however in violation of Rule 5 et seq (electronic service of discovery material without written consent). Notwithstanding, Plaintiff contends that in any event Defendant must provide written responses to Plaintiff's discovery demands and more pointed demand for his complete personnel file. Based upon Defendants November 13 email, Plaintiff anticipates Defendant responses by December 13.

[3] Defendant has requested your undersigns availability for depositions of certain third party witnesses, however without full contact information for the intended witnesses Plaintiff remains constrained in his ability to serve subpoenas. Defendant must furnish the complete contact information for each third-party witness with knowledge.