DATE: 2/21/2018          AT: 5:08 p.m.    TIME IN COURT: 15 min.

BEFORE: JUDGE JOSEPH F. BIANCO, U.S.D.J.:

CIVIL CAUSE FOR TELEPHONE PRE-MOTION CONFERENCE

DOCKET NUMBER: CV-16-1091

TITLE: Aristilde v. Suffolk County Police Department

APPEARANCES:

FOR PLAINTIFF: Chauncey Henry

FOR DEFENDANT: John Petrowski

FTR: 5:08 - 5:23          COURTROOM DEPUTY: Jim Toritto

| | |
|---|---|
| X | CASE CALLED. |
| X | COUNSEL FOR ALL SIDES PRESENT. |
|   | COUNSEL FOR _____ NOT PRESENT. |
| X | CONFERENCE HELD. |
|   | DISCOVERY TO BE COMPLETED BY _____ |
|   | PARTIES TO COMPLETE _____ BY THE NEXT CONFERENCE OR BY _____ |
|   | NEXT CONFERENCE SET FOR _____ |
|   | CASE TO BE REFERRED TO MAGISTRATE JUDGE _____ FOR _____ |
| X | PLAINTIFF LETTER TO REOPEN DISCOVERY TO BE FILED BY 3/7/2018; RESPONSE BY 3/21/2018; AND REPLY BY 3/28/2018. |
| X | TELEPHONE CONFERENCE SET FOR 4/13/2018 at 12:45 p.m. |
|   | JURY SELECTION SET FOR _____ |
|   | JURY TRIAL SET FOR _____ |
|   | OTHER: _____ |