

Garden City Office
825 E. Gate Blvd., Suite 106
Garden City, New York 11530
Phone: (516) 366-4367
Fax: (516) 688-3955
hlawg.com

March 30, 2018

**VIA ECF**
Judge Joseph F. Bianco
United States District Court
Eastern District of New York
Federal Plaza
Central Islip, New York 11722

   *Re: Vladimir Aristilde vs. SCPD, EDNY (Central Islip), Our File No.:242-203*: Settlement in Principle

Dear Honorable Joseph F. Bianco:

    This office represents Vladimir Aristilde, Plaintiff in the above captioned matter, and submits this letter informing the Court that the parties have reach a settlement in principle[1], and will require a reasonable period of time to finalize the settlement agreement and to file a stipulation of discontinuance in this matter.

    Respectfully Submitted,

/s/
Chauncey D. Henry, Esq.

CDH: cdh.
cc: All parties (Via ECF)

---

[1] Of date, Plaintiff notified Counsel for the County of his acceptance of the proposed terms set forth by the County for resolution of his claims. Thus, the parties require a reasonable period of time -perhaps 30-days or so- to file a stipulation of discontinuance with prejudice after receipt, review and execution of the settlement papers by the parties.